UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,        No. 1:10-CR-16

  vs.            Hon. Paul L. Maloney
                Chief Judge
DANIEL ANTHONY BENAC,

    Defendant.
_____/

## ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and this Court having been duly advised on the premises,

IT IS HEREBY ORDERED that the Information against Defendant is DISMISSED WITHOUT PREJUDICE.


Dated: March 24, 2010      /s/ Paul L. Maloney
                PAUL L. MALONEY
                Chief United States District Court Judge
                Western District of Michigan